**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:25-CR-00301 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE REUBEN J. |
| | ) | SHEPERD |
| MOHAMMED AHMAD, | ) | |
| | ) | **ORDER ACCEPTING/ENTERING** |
| Defendant. | ) | **PLEA OF GUILTY AND REFERRING** |
| | ) | **THE MATTER FOR PREPARATION** |
| | ) | **OF A PRESENTENCE REPORT** |

Before the Court is the Report and Recommendation ("R&R") filed by United States Magistrate Judge Reuben J. Sheperd recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 10). This matter was previously referred to the Magistrate Judge to accept Defendant's plea of guilty, conduct the colloquy prescribed by Fed. R. Crim. P. 11, cause a verbatim record of the proceedings to be prepared, refer the matter for preparation of a presentence report, and submit an R&R stating whether the plea should be accepted and a finding of guilty entered. (ECF No. 2).

On June 23, 2025, the government filed a one count Information alleging that Defendant, in a matter involving a health care benefit program, knowingly and willfully made and used:

> any materially false writing and document, knowing the same to contain any materially false, fictitious, and fraudulent statement and entry, in connection with the delivery of and payment for health care benefits, items, and services, to wit: Defendant signed a medical examination note, letter of medical necessity, and orders for a back brace, two wrist braces, two knee braces, and two knee suspension sleeves for S.Y., a Medicare beneficiary, falsely indicating for each brace that Defendant "personally conducted an assessment" of the patient "for the prescribed treatment and device and verify[ing] that it is reasonably and medically necessary." (ECF No. 1, PageID #6). Defendant also falsely documented in the medical records that he performed a pivot shift test on S.Y., an evaluation that must be performed

> by a physician in person with the patient. In fact, Defendant never saw S.Y. in person and never conducted an assessment of S.Y.'s condition or of whether [Durable Medical Equipment ("DME")] braces were reasonably and medically necessary for S.Y. Rather, Defendant simply filled out pre-completed order forms provided by Lifeline,[1] affixed his electronic signature, and submitted them to Lifeline processing. As a result, Medicare reimbursed a DME supplier a total of $3,272.27 for the braces ordered for S.Y. All in violation of Title 18, United States Code, Section 1035.

(*Id.*). Defendant waived his right to prosecution by indictment and consented to prosecution by information on July 9, 2025. (ECF No. 5).

Also on July 9, 2025, Magistrate Judge Sheperd held an arraignment and plea hearing, during which the Defendant entered a plea of guilty to the Information. (ECF No. 11, Tr. of hr'g, PageID #72). The same day, Magistrate Judge Sheperd issued an R&R recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 10). Any objections to the R&R were due on July 23, 2025. (*Id.* at PageID #28). Neither party has objected to the R&R.

On review of the record, including the written transcript, the Court adopts the R&R. Defendant is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a guilty plea. He is also aware of the trial rights he waives/gives up by pleading guilty. There is an adequate factual basis for the plea. Defendant denied being threatened into entering the plea and confirmed that no promises have been made to him, other than those contained in the plea agreement. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is accepted.

Therefore, Defendant is adjudged guilty of Counts 1 of the Information, in violation of Title 18 U.S.C. § 1343. This matter is hereby referred to the U.S. Probation Office for the

---

[1] According to the Information, Lifeline Recruiting, Inc. was a healthcare recruiting company, which contracted with doctors and paid them on a "per consult" basis, purportedly to provide telemedicine services. (ECF No. 1, PageID #1).

preparation of a presentence report.  Sentencing is set for October 25, 2025, at 1:00 PM.

**IT IS SO ORDERED.**

**Date: August 5, 2025**

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**